IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DYANN DAYLIDA : CHAPTER 13

   Debtors : CASE NO.: 5:26-bk-

        : MOTION TO EXTEND STAY

## AFFIDAVIT OF DEBTOR IN SUPPORT OF
## MOTION TO EXTEND THE AUTOMATIC STAY

   I, Dyann Daylida, Debtor in the above captioned Chapter 13 Bankruptcy Case, hereby swear and affirm, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. The reasons for the change in circumstances include but are not limited to the following:

  a.  My previous case failed because my roommate passed away and I lost income necessary to pay the mortgage and the Chapter 13 plan payments.

  b.  I have found a new roommate and my income is sufficient to pay the mortgage and Chapter 13 plan payments.

  c.  Additionally my mortgage is believed to mature three years into this case thus making an additional Five Hundred and Forty Dollars per month available in the last two years of the case.

  d.  I will be able to make the payments going froward in this new case.

Dated: 5/7/26

             Dyann Daylida
             Debtor