United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Dyann Daylida

Debtor

Case No. 26-00915-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 3

Date Rcvd: May 18, 2026                       Form ID: ntcnfhrg                         Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dyann Daylida, 563 Orchard Street, Warrior Run, PA 18706-1119 |
| 5793459 | + | Advanced Recovery Systems, PO Box 120991, San Diego CA 92112-0991 |
| 5793460 | | Aegis Sciences Corporation, PO Box 1820, Oaks PA 19456-1820 |
| 5797602 | + | American First Finance, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5793471 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5793475 | | Intermountain Medical Group, 610 Wyoming Ave., Kingston, PA 18704-3787 |
| 5793483 | + | Northeast Revenue Service LLC, 1170 Highway 315 Suite 5, Plains PA 18702-6906 |
| 5793484 | | PASI, PO Box 1022, Wixom MI 48393-1022 |
| 5793490 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 5793487 | | Pennsylvania Department of Revenue, 2 Revenue Place, Harrisburg PA 17129-0002 |
| 5793488 | | Pennsylvania Physicians Services, Mailstop 49111298, PO Box 660827, Dallas TX 75266-0827 |
| 5793498 | + | WARRIOR RUN AUTHORITY INC, C/O DAVID R LIPKA, ESQ, 50 EAST MAIN STREET, PLYMOUTH PA 18651-3017 |
| 5793499 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18764-0001 |
| 5793500 | | Wilkes Barre General Hospital, PO Box 637907, Cincinnati OH 45263-7907 |
| 5793501 | + | World Financial Capital Bank, 2855 East Cottonwood Parkway, Suite 100, Salt Lake City, UT 84121-7038 |
| 5793502 | | Wyoming Valley Santitary Authority, PO Box 33A, Wilkes Barre PA 18702 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 18 2026 19:02:27 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5794638 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 18 2026 19:02:27 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5793461 | | Email/Text: ally@ebn.phinsolutions.com | May 18 2026 18:56:00 | Ally Financial, PO Box 380901, Bloomington, MN 554380901 |
| 5793462 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | May 18 2026 18:56:00 | America First Finance, PO Box 565848, Dallas TX 75356-5848 |
| 5793463 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2026 19:02:33 | Becket and Lee, PO Box 3002, Malvern PA 19355-0702 |
| 5793464 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 18 2026 18:56:21 | Caine & Weiner, 5805 Sepulveda Blvd. 4th floor, Sherman Oaks CA 91411 |
| 5793465 | + | Email/Text: bankruptcy@cavps.com | May 18 2026 18:56:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Vallhalla, NY 10595-2321 |
| 5793466 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | May 18 2026 18:56:00 | Choice Recovery Inc, 1550 Old Henderson Road, Suite 100, Columbus OH 43220-3662 |
| 5793467 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2026 18:56:00 | Commenity Bank, PO Box 182120, Columbus OH 43218-2120 |

| 5793468 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|---|---|---|---|---|
| | | | May 18 2026 18:56:00 | Commenity Bank Victoria's Secret, PO Box 182789, Columbus OH 43218-2789 |
| 5793469 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | May 18 2026 18:56:00 | Commenity Capital Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5793470 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | May 18 2026 18:56:00 | Commenity Capital Ulta, PO Box 182120, Columbus OH 43218-2120 |
| 5793472 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | | May 18 2026 18:56:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh PA 15205-3956 |
| 5793473 | ^ | MEBN | | |
| | | | May 18 2026 18:55:44 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5793474 | | Email/Text: Bankruptcy@ICSystem.com | | |
| | | | May 18 2026 18:56:00 | IC System Inc, PO Box 64378, St. Paul, MN 55164-0378 |
| 5793476 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | May 18 2026 18:56:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud MN 56303 |
| 5793477 | ^ | MEBN | | |
| | | | May 18 2026 18:55:23 | KML Law Group, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia PA 19106-1538 |
| 5793479 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 18 2026 19:02:28 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5793478 | + | Email/Text: kirshaj@eliterevenue.com | | |
| | | | May 18 2026 18:56:00 | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre PA 18711-1004 |
| 5793480 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 18 2026 18:56:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 5793481 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 18 2026 18:56:00 | Midland Funding LLC, 320 East Big Beaver, Troy MI 48083-1238 |
| 5793482 | + | Email/Text: mmrgbk@miramedrg.com | | |
| | | | May 18 2026 18:56:00 | Miramed Revenue Group, Dept 77304, PO Box 77000, Detroit MI 48277-2000 |
| 5793486 | | Email/Text: bankruptcies@penncredit.com | | |
| | | | May 18 2026 18:56:00 | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg PA 17106-9703 |
| 5793489 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | May 18 2026 18:56:00 | PNC Bank, PO Box 3180, Pittsburgh PA 15230 |
| 5793491 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 18 2026 19:02:33 | Portfolio Recovery, 120 Corporate Boulevard, Suite 100, Norfolk VA 23502 |
| 5793492 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 18 2026 19:02:33 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5793485 | | Email/Text: pasi_bankruptcy@chs.net | | |
| | | | May 18 2026 18:56:00 | PASI, PO Box 188, Brentwood TN 37024 |
| 5793493 | | Email/Text: pasi_bankruptcy@chs.net | | |
| | | | May 18 2026 18:56:00 | Professional Account Services Inc, PO Box 188, Brentwood TN 37024-0188 |
| 5794660 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | May 18 2026 18:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5793494 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | | May 18 2026 18:56:00 | Progressive Insurance, 300 N Commons Blvd, Datalah Mayfield Village OH 44143-1589 |
| 5793495 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 18 2026 18:56:00 | Quantum 3 Group LLC, PO Box 788, Kirkland WA 98083-0788 |
| 5795435 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 18 2026 18:56:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5793496 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 18 2026 19:02:32 | Synchrony Bank, PO Box 965036, Orlando FL 32896-5036 |
| 5793497 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 18 2026 19:02:21 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5794663 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026　　　　　　　　Signature:　　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Fisher | on behalf of Debtor 1 Dyann Daylida johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dyann Daylida,            Chapter     13

      **Debtor 1**

            Case No.      5:26−bk−00915−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 18, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 25, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 18, 2026 |

ntcnfhrg (08/21)