In re:                                                              Case No. 26-00915-MJC

Dyann Daylida                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                                    Page 1 of 3

Date Rcvd: Jun 04, 2026                 Form ID: pdf010                              Total Noticed: 51

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dyann Daylida, 563 Orchard Street, Warrior Run, PA 18706-1119 |
| 5793459 | + | Advanced Recovery Systems, PO Box 120991, San Diego CA 92112-0991 |
| 5793460 | | Aegis Sciences Corporation, PO Box 1820, Oaks PA 19456-1820 |
| 5797602 | + | American First Finance, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5793471 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5793475 | | Intermountain Medical Group, 610 Wyoming Ave., Kingston, PA 18704-3787 |
| 5793483 | + | Northeast Revenue Service LLC, 1170 Highway 315 Suite 5, Plains PA 18702-6906 |
| 5793484 | | PASI, PO Box 1022, Wixom MI 48393-1022 |
| 5793490 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 5793487 | | Pennsylvania Department of Revenue, 2 Revenue Place, Harrisburg PA 17129-0002 |
| 5793488 | | Pennsylvania Physicians Services, Mailstop 49111298, PO Box 660827, Dallas TX 75266-0827 |
| 5793498 | + | WARRIOR RUN AUTHORITY INC, C/O DAVID R LIPKA, ESQ, 50 EAST MAIN STREET, PLYMOUTH PA 18651-3017 |
| 5793499 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18764-0001 |
| 5793500 | | Wilkes Barre General Hospital, PO Box 637907, Cincinnati OH 45263-7907 |
| 5793501 | + | World Financial Capital Bank, 2855 East Cottonwood Parkway, Suite 100, Salt Lake City, UT 84121-7038 |
| 5793502 | | Wyoming Valley Santitary Authority, PO Box 33A, Wilkes Barre PA 18702 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5794638 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2026 18:47:11 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5793461 | | Email/Text: ally@ebn.phinsolutions.com | Jun 04 2026 18:38:00 | Ally Financial, PO Box 380901, Bloomington, MN 554380901 |
| 5805566 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2026 18:47:11 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5793462 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Jun 04 2026 18:38:00 | America First Finance, PO Box 565848, Dallas TX 75356-5848 |
| 5793463 | + | Email/PDF: bncnotices@becket-lee.com | Jun 04 2026 18:47:01 | Becket and Lee, PO Box 3002, Malvern PA 19355-0702 |
| 5793464 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 04 2026 18:38:59 | Caine & Weiner, 5805 Sepulveda Blvd. 4th floor, Sherman Oaks CA 91411 |
| 5793465 | + | Email/Text: bankruptcy@cavps.com | Jun 04 2026 18:38:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Vallhalla, NY 10595-2321 |
| 5793466 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Jun 04 2026 18:38:00 | Choice Recovery Inc, 1550 Old Henderson Road, Suite 100, Columbus OH 43220-3662 |
| 5793467 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2026 18:38:00 | Commenity Bank, PO Box 182120, Columbus OH 43218-2120 |

| | | | | |
|---|---|---|---|---|
| 5793468 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2026 18:38:00 | Commenity Bank Victoria's Secret, PO Box 182789, Columbus OH 43218-2789 |
| 5793469 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2026 18:38:00 | Commenity Capital Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5793470 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2026 18:38:00 | Commenity Capital Ulta, PO Box 182120, Columbus OH 43218-2120 |
| 5793472 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 04 2026 18:38:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh PA 15205-3956 |
| 5793473 | ^ | MEBN | Jun 04 2026 18:37:12 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5793474 | | Email/Text: Bankruptcy@ICSystem.com | Jun 04 2026 18:38:00 | IC System Inc, PO Box 64378, St. Paul, MN 55164-0378 |
| 5806967 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 04 2026 18:38:00 | INTERMOUNTAIN MEDICAL GROUP C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5793476 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 18:38:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud MN 56303 |
| 5793477 | ^ | MEBN | Jun 04 2026 18:37:04 | KML Law Group, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia PA 19106-1538 |
| 5793479 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 18:47:01 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5793478 | + | Email/Text: kirshaj@eliterevenue.com | Jun 04 2026 18:38:00 | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre PA 18711-1004 |
| 5793480 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2026 18:38:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 5793481 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2026 18:38:00 | Midland Funding LLC, 320 East Big Beaver, Troy MI 48083-1238 |
| 5793482 | + | Email/Text: mmrgbk@miramedrg.com | Jun 04 2026 18:38:00 | Miramed Revenue Group, Dept 77304, PO Box 77000, Detroit MI 48277-2000 |
| 5793486 | | Email/Text: bankruptcies@penncredit.com | Jun 04 2026 18:38:00 | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg PA 17106-9703 |
| 5793489 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2026 18:38:00 | PNC Bank, PO Box 3180, Pittsburgh PA 15230 |
| 5793491 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 18:47:01 | Portfolio Recovery, 120 Corporate Boulevard, Suite 100, Norfolk VA 23502 |
| 5793492 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 18:47:06 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5793485 | | Email/Text: pasi_bankruptcy@chs.net | Jun 04 2026 18:38:00 | PASI, PO Box 188, Brentwood TN 37024 |
| 5793493 | | Email/Text: pasi_bankruptcy@chs.net | Jun 04 2026 18:38:00 | Professional Account Services Inc, PO Box 188, Brentwood TN 37024-0188 |
| 5794660 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2026 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5793494 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 04 2026 18:38:00 | Progressive Insurance, 300 N Commons Blvd, Datalah Mayfield Village OH 44143-1589 |
| 5793495 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2026 18:38:00 | Quantum 3 Group LLC, PO Box 788, Kirkland WA 98083-0788 |
| 5795435 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2026 18:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5793496 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 18:47:05 | Synchrony Bank, PO Box 965036, Orlando FL |

|  |  | 32896-5036 |
|---|---|---|
| 5793497 | + Email/PDF: ais.sync.ebn@aisinfo.com | |
| | Jun 04 2026 18:46:59 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5794663 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Dyann Daylida johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DYANN DAYLIDA | : | CHAPTER 13 |
| | : | |
| Debtors | : | CASE NO.: 5:26-bk-00915 |
| | : | |
| | : | MOTION TO EXTEND STAY |

## ORDER GRANTING MOTION TO EXTEND STAY

Upon consideration of Debtor's Motion to Extend Stay as to All Creditors, Doc. 9 ("Motion"), and the Debtor having certified that all creditors and parties in interest have been properly served, no responses having been filed thereto, after a hearing held on June 4, 2026, and good cause having been demonstrated by the Movant, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors properly served, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: June 4, 2026