UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>DYANN DAYLIDA<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>DYANN DAYLIDA<br>Respondent | CHAPTER 13<br><br>CASE NO. 5:26-BK-00915-MJC |

**TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtor's plan for the following reason(s):

1. Debtor's Plan violates 11 U.S.C. § 1322(a)(2) in that Debtor has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507, specifically as to Claim 1-1.

2. Debtor's Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following: Residential real estate. Trustee requests proof of the value of the Debtor's home as stated in her schedules by way of a full appraisal.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor's plan.
b. Dismiss or convert Debtor's case.
c. Provide such other relief as is equitable and just.

Dated: September 09, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOHN FISHER
126 SOUTH MAIN STREET
PITTSTON, PA 18640

Dated: September 09, 2026

/s/ Tanya Scannelli

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee